**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EULOGIO PEREZ VALDIVIA,

Petitioner,

v.

WARDEN ICE ADELANTO PROCESSING CENTER DESERT VIEW ANNEX, *et al*.,

Respondents.

Case No. 5:26-cv-05123-DMK

**ORDER GRANTING UNOPPOSED HABEAS PETITION**

Petitioner Eulogio Perez Valdivia is a national and citizen of Mexico who has resided in the United States for more than 25 years. ECF 1 at ¶ 18. Petitioner has a pending Violence Against Women Act ("VAWA") I-360 petition, a pending I-485 application (Application to Register for Permanent Residence or Adjust Status), a pending I-765 application for employment authorization and a pending I-131 application (Application for Travel Documents, Parole Documents and Arrival/Departure records). *Id.* at ¶¶ 6–9.

Nevertheless, on September 1, 2026, Petitioner was arrested and detained by Immigration and Customs Enforcement at a scheduled biometric appointment at the U.S. Citizenship and Immigration Services, Application Support Center.

*Id.* at ¶ 26. He was eventually transported to the Adelanto ICE Processing Center, where he remains. *Id.* at ¶ 27.

Petitioner now brings the instant habeas petition, alleging that his statutory and constitutional rights have been violated, based on his unlawful detention. Petitioner also alleges that as class member certified in *Immigration Center for Women and Children v. Noem ("ICWC"),* he is protected against detention and deportation because he has a pending VAWA petition. *Id.* at ¶ 1.

Respondents have failed to oppose the Petition or to appear in this matter at all, despite notice and a briefing deadline that passed over ten days ago. Accordingly, the Court GRANTS the Petition.

IT IS HEREBY ORDERED that:

1) Respondents shall **RELEASE Petitioner Eulogio Perez Valdivia (A# 076-136-960) FORTHWITH** on conditions of release no more restrictive than those in effect when he was most recently detained.

2) Respondents shall return to Petitioner at the time of his release all confiscated documents and possessions; and

3) Respondents shall file a notice of compliance within 72 hours.

Any application requesting costs and reasonable attorney's fees under the Equal Access to Justice Act shall be filed within 30 days of final judgment in this action. *See* 28 U.S.C. § 2412(d)(1)(B).

Dated: September 22, 2026

HON. DIANA M. KWOK
UNITED STATES MAGISTRATE JUDGE